IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KAREN PETTIGREW, <br><br> Plaintiff, <br><br> v. <br><br> ATLANTA INDEPENDENT SCHOOL SYSTEM <br> also known as <br> Atlanta Public Schools, <br><br> Defendant. | CIVIL ACTION FILE <br> NO. 1:15-CV-2360-TWT |

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 48] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 28]. No Objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 28] is GRANTED.

SO ORDERED, this 10 day of August, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge